[No. 2533–2. Division Two. January 9, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
HENRY WHITEHEAD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–2498, Robert J. Bryan, J., entered August 9,
1976. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Petrie and Reed, JJ.

[No. 4707–1. Division One. January 9, 1978.]

JOHN THUN, *Appellant,* v. SEATTLE–FIRST NATIONAL
BANK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 788470, Frank J. Eberharter, J., entered April
13, 1976. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Swanson, J.

[No. 4790–1. Division One. January 9, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES A.
SHELTON, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 6932, Dennis J. Britt, J., entered
July 19, 1976. *Affirmed* by unpublished opinion per James,
J., concurred in by Farris, C.J., and Callow, J.